IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL LEE CAMPBELL,

    Defendant.

No. CR13-1010 JEG

**RECEIPT FOR EXHIBIT**

The Defendant's Sentencing Hearing Exhibits (docket #36) marked and described as follows:

| Marked | Description |
|---|---|
| Defense Exhibits C-K, N-Q & S-U | DVD |
| Defense Exhibit V | DVD |
| Defense Exhibit X | DVD |

have been released to _Michael Lindeman_ on this _31st_ of _August_, 20_15_.

Exhibits should be kept in their original form until termination of any appeal in this matter or otherwise advised by this court that they may be destroyed.

_____
Signature

_____
Agency

_____
Witness - Deputy Clerk